IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERNESTO PADILLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-00014-PRM |
| | § | |
| NATIONSTAR MORTGAGE, LLC d/b/a | § | |
| CHAMPION MORTGAGE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S MOTION FOR LEAVE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COMES NOW** ERNESTO PADILLA, Plaintiff, and files his Motion for Leave to File his Original Complaint, against NATIONSTAR MORTGAGE, LLC d/b/a CHAMPION MORTGAGE COMPANY ("CMC"), Defendant, which is attached hereto as Exhibit A, and for cause of action shows:

1. This case was removed from state court and pursuant to the Order of the Court, Plaintiff has filed his Original Complaint to comport with the federal pleading standards. As stated in Fed. R. Civ. P. 15, the Court should freely give leave to amend when justice so requires, and Plaintiff contends that justice should permit them to amend the Complaint as set forth on the First Amended Complaint. Plaintiff's counsel has spoken with Defendant's counsel and she does not object to its filing.

ACCORDINGLY, Plaintiff asks that his Complaint be permitted to be filed with the Court, with the effective filing date to be the date of this motion, and for such other relief to which he is entitled.

        Respectfully submitted,

        THE LAW OFFICES OF TOM WICKER, JR., P.C.
        220 Thunderbird Dr., Suite 3
        El Paso, Texas 79912
        (915) 587-6766
        (915) 587-8808 (Facsimile)


By:_____/s/_____
    THOMAS G. WICKER, JR.
    State Bar No. 21419100
    twicker@acaciapark.com
    Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5, I hereby certify that on this 14th day of March 2018 a true and correct copy of the foregoing Reply was served via the ECF System to:

    Elizabeth Hayes
    Bonial & Associates, P.C.
    14841 Dallas Pkwy, Suite 425
    Dallas, TX 75254

    Eric B. Darnell
    P.O. Box 121
    El Paso, Texas 79941


      _____/s/ Thomas G. Wicker Jr.\_\_\_\_\_
          THOMAS G. WICKER, JR.